RECEIVED
AUG 1 8 2015
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GE OIL & GAS, INC. | *CIVIL NO. 6:14-0760 |
| VERSUS | *JUDGE DOHERTY |
| TURBINE GENERATION SERVICES, et al. | *MAGISTRATE JUDGE HILL |

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct. Accordingly;

**IT IS ORDERED** that the Motion to Dismiss [rec. doc. 78] is **granted** and, accordingly, this entire action is **dismissed without prejudice** for lack of jurisdiction.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 18th day of August, 2015.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE